JS-6

# THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIS BANK, a Georgia state-chartered banking corporation, doing business as BALBOA CAPITAL CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>H & H CONSTRUCTORS, LLC, a Tennessee limited liability company; KINGSLEY HOOPER, an individual,<br><br>　　　　　Defendants. | Case No. 8:24-cv-02809-KES<br><br>[Assigned to Hon. Karen E. Scott]<br><br>**[PROPOSED] JUDGMENT**<br><br>Complaint Filed:　December 30, 2024<br>Trial Date:　　　None |

# [~~PROPOSED~~] JUDGMENT

Pursuant to plaintiff Ameris Bank, a Georgia state-chartered banking corporation, doing business as Balboa Capital Corporation's ("Balboa") Motion for Default Judgment ("Default Motion"), and pursuant to Federal Rules of Civil Procedure Rule 55(b)(2), and good cause appearing, therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Judgment be entered in this matter, in favor of Balboa, and against defendants H & H Constructors, LLC, a Tennessee limited liability company ("H & H") and Kingsley Hooper, an individual ("Hooper") (collectively with H & H, "Defendants"), jointly and severally, in the total amount of **$108,996.03**; which is a sum of the following:

    a. Compensatory damages in the amount owed of $97,864.96, on the Equipment Financing Agreement No. 337130-001 (the "EFA");

    b. Attorneys' fees in the amount of $5,514.60 on the EFA;

    c. Prejudgment interest in the amount of $5,013.47, at the statutory rate of ten percent (10%) per annum, from October 26, 2024 (the date of breach), to April 30, 2025 (the date Judgment was entered), on the EFA; and

    d. Costs in the amount of $603.00.

2. The Clerk is ordered to enter this Judgment forthwith.

DATED: May 6, 2025            _/s/ Karen E. Scott_____
                              JUDGE OF THE US DISTRICT COURT